**AKIN GUMP STRAUSS HAUER & FELD LLP**
OLEG STOLYAR (SBN 229265)
MARIYA HUTSON (SBN 303611)
astolyar@akingump.com
mhutson@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-3010
Telephone: 310.229.1000
Facsimile: 310.229.1001

Attorneys for Plaintiff
VICKERS HOLDING & FINANCE INC.

FILED

MAR -2 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Ex Parte Application of Vickers Holding & Finance Inc. for Order to Obtain Discovery for Use in Foreign Proceeding | Case No. CV 17 80 028 MISC<br><br>**RULE 7-1 DISCLOSURE STATEMENT OF VICKERS HOLDING & FINANCE INC.** |

# RULE 7-1 DISCLOSURE STATEMENT

Applicant Vickers Holding & Finance Inc. ("Vickers"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, files this corporate disclosure statement and states as follows:

i. Vickers does not have any parent corporation.

ii. Vickers does not have any publicly held corporation that owns ten percent (10%) or more of its stock.

Dated: March 2, 2017

AKIN GUMP STRAUSS HAUER & FELD LLP

By_____
Oleg Stolyar
Mariya Hutson

Attorneys for Plaintiff Vickers Holding & Finance Inc.

---

1

RULE 7-1 DISCLOSURE STATEMENT OF VICKERS HOLDING & FINANCE INC.